IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARA RANA § | | |
|    *Plaintiff,* § | | |
| § | Case 3:21-cv-00820-E | |
| v. § | | |
| § | | |
| UT SOUTHWESTERN MEDICAL § | (JURY DEMANDED) | |
| CENTER § | | |
| § | | |
|    *Defendant* § | | |

## **UNOPPOSED MOTION TO ABATE PROCEEDINGS**

TO THE HONORALBLE ADA BROWN.

    Comes now Sara Rana, Plaintiff in the above styled and numbered cause and files this Unopposed Motion to Abate Proceedings.

### I.

    Plaintiff filed the present cause alleging violations of 42 U.S.C. § 12132-34 of the Americans with Disabilities Act and section 504 of the Rehabilitation Act of 1973. Ms. Rana requested a Temporary Restraining Order, Temporary Injunction, and Damages. Ms. Rana was seeking injunctive relief to allow her to sit for the Step 1 of the USMLE.

### II.

    Pursuant to the agreement made in Exhibit 1, the parties have agreed to abate the present matter until August 30, 2021, allowing Plaintiff time to recover

sufficiently and take the USMLE Step 1 Exam on June 29, 2021. At which time the parties shall report to the court on the status of the case.

Wherefore, premises considered Plaintiff Sara Rana prays that the Court grant this Unopposed Motion to Abate.

Respectfully Submitted,

By: */S/ Christopher L. Tritico*
**Christopher L. Tritico**
**Lead Counsel in Charge**
TRITICO RAINEY, PLLC
Fed Bar No. 52636
State Bar No. 20232050
ctritico@triticorainey.com
Ron S. Rainey
Fed Bar No. 10076
State Bar No. 16484425
rrainey@triticorainey.com
1523 Yale Street
Houston, Texas 77008
(713) 581-3399 Telephone
(713) 581-3360 Facsimile

GIANA ORTIZ
Local Counsel
State Bar No. 24053824
gortiz@ortizlawtx.com
1304 West Abram Street, Suite 100
Arlington, Texas 76013
817-861-7984 Telephone
817-549-7358 Facsimile
**Attorneys for Plaintiff Sara Rana**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred with Counsel for Respondent on April 16, 2021 and Counsel for Respondent is Unopposed to the Motion.

By: */s/ Christopher L. Tritico*
**Christopher L. Tritico**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all attorneys via the Court's electronic notification system on this the 22nd day of April 2021.

*/s/ Christopher L. Tritico*
**Christopher L. Tritico**