IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARA RANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No. 3:21-CV-0820-E |
| v. | § | |
| | § | |
| UT SOUTHWESTERN MEDICAL CENTER, | § § | |
| | § | |
| Defendant. | § | |

**ORDER OF ADMINISTRATIVE CLOSURE**

Before the Court is Plaintiff's Unopposed Motion to Abate Proceedings (Doc. No. 9). Plaintiff advises the Court that the parties have entered into an agreement to abate the case until August 30, 2021, to allow Plaintiff to take the USMLE Step 1 Exam on June 29, 2021. Plaintiff has attached a copy of the parties' agreement to her motion. The Court **grants** the motion to abate and **orders** Plaintiff to file a status report by August 30, 2021.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. This case is administratively closed for statistical purposes without prejudice to being reopened if and when necessary. Nothing in this Order shall be considered a dismissal or disposition of this case.

**SO ORDERED;** signed April 23, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE