IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARA RANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No. 3:21-CV-0820-E |
| v. | § | |
| | § | |
| UT SOUTHWESTERN MEDICAL CENTER, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff's July 1, 2021 "Motion to Reopen, to Lift Abatement, for Temporary Restraining Order and for Expedited Hearing on Plaintiff's Application for Preliminary Injunction." (Doc. 17). The Court grants the motion to the extent it reopens this case. The Court defers ruling on the other relief Plaintiff seeks until after it has received Defendant's response to the motion.

**SO ORDERED;** signed July 2, 2021.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE