IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARA RANA, § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | Civil Action No. 3-21-cv-00820-E | |
| § | | |
| UT SOUTHWESTERN MEDICAL § | | |
| CENTER, § | | |
| Defendant. § | | |

## ORDER

Before the Court are (1) Plaintiff's Unopposed Motion to File Plaintiff's First Amended Complaint Under Seal and to Seal Plaintiff's Original Complaint (Doc. 20) and (2) Defendant's Unopposed Motion to File Defendant's Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support Under Seal (Doc. 21). The Court **grants** both motions.

The Court directs the Clerk of the Court to file under seal Plaintiff's First Amended Complaint and exhibits, which are attached to Plaintiff's motion. In addition, the Court directs the Clerk to file under seal Defendant's Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support, which are attached to Defendant's motion. Finally, the Clerk shall seal the following documents: Plaintiff's Original Complaint and exhibits (Doc. 1), Plaintiff's Motion to Reopen (Doc. 17), and Plaintiff's Declaration in Support of Motion for Temporary Restraining Order (Doc. 19).

**SO ORDERED**; signed July 23, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE