IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARA RANA | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| UT SOUTHWESTERN | § | CIVIL ACTION NO. 3:21-CV-00820-E |
| MEDICAL CENTER and | § | |
| W.P. ANDREW LEE, M.D., DEAN OF | § | |
| UTSW MEDICAL SCHOOL, IN HIS | § | |
| OFFICIAL CAPACITY ONLY, | § | |
| | § | |
|     *Defendants.* | § | |

## **PLAINTIFF'S UNOPPOSED NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

SARA RANA, Plaintiff, by and through her counsel of record, Eliot Shavin and Corinna Chandler, Chandler & Shavin, PLLC, files this Unopposed Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants UT Southwestern Medical Center and W.P. Andrew Lee, M.D. Dean of UTSW Medical School, in his official capacity only, have not filed an answer or a motion for summary judgment in this cause.

                          Respectfully submitted,

                          CHANDLER & SHAVIN, PLLC
                          12377 Merit Drive, Suite 880
                          Dallas, Texas 75251

By:    */s/ Eliot Shavin*
        Eliot Shavin
        Texas Bar No. 1813800
        (214) 522-2010 Telephone
        Corinna Chandler
        Texas Bar No. 24061272
        (972) 863-9063 Telephone
        (972) 692-5220 Facsimile
        **Attorneys for Plaintiff Sara Rana**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record by email and via the Court's ecf system on this the 13th day of August, 2021.

              <u>/s/Eliot Shavin</u>
              Eliot Shavin